UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CHRISTOPHER PORTER,                       :
                                          :
                        Plaintiff,        :   25cv4511(DLC)
            -v-                           :
                                          :        ORDER
NEW YORK CITY, NEW YORK, et al.,          :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

A pretrial conference was held pursuant to Rule 16, Fed.R.Civ.P., on July 29, 2025. It is hereby

ORDERED that parties shall provide the Court with a status update by September 4, 2025.

Dated:   New York, New York
         July 29, 2025

                                    _____
                                              DENISE COTE
                                    United States District Judge