```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CHRISTOPHER PORTER,                      :
                                         :
                         Plaintiff,      :   25cv4511(DLC)
            -v-                          :
                                         :   ORDER
NEW YORK CITY, NEW YORK, et al.,         :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the parties' request, an Order of September 4, 2025 granted the parties an additional forty-five days to engage in settlement discussions before the Court sets a discovery or motion briefing schedule. It is hereby

ORDERED that parties shall provide the Court with a status update by October 24, 2025.

Dated:    New York, New York
          September 9, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge